LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants

E-FILED 10/11/18

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARC T. LITTLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAYOR JAMES T. BUTTS, Jr., an individual, MELANIE MCDADE-DICKENS, an individual, the CITY OF INGLEWOOD, a California municipality, and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:18-cv-05206-PSG**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**;<br><br>ORDER<br><br>Assigned to the Hon. Philip S. Gutierrez |

401498.3

Case No. 2:18-cv-05206-PSG

JOINT STIPULATION OF DISMISSAL

# JOINT STIPULATION

Plaintiff Mark T. Little ("Plaintiff") and Defendants Mayor James T. Butts, Jr., Melanie McDade-Dickens, and the City of Inglewood (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby submit this Joint Stipulation of Dismissal *with prejudice* as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action *with prejudice*; and
2. The Parties will bear their own fees and costs incurred in this action.

**IT IS SO STIPULATED.**

DATED: October 5, 2018　　　LAW OFFICE OF JOHNNY DARNELL GRIGGS, ESQ.

By: _____
JOHNNY DARNELL GRIGGS
Attorneys for Plaintiff MARC T. LITTLE

DATED: October 5, 2018　　　MILLER BARONDESS, LLP

By: _____
JASON H. TOKORO
Attorneys for Defendants
MAYOR JAMES T. BUTTS,
MELANIE MCDADE-DICKENS and
the CITY OF INGLEWOOD

**IT IS SO ORDERED.**
DATED: 10/10/18
_____
**U.S. DISTRICT JUDGE**